

FILED
CLERK, U.S. DISTRICT COURT
MAY 22 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  PLAINTIFF  v.  GHASEMI EZINABADI MILAD  DEFENDANT(S). | CASE NUMBER  8:25-mj-00420-DUTY  **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>_____, IT IS ORDERED that a detention hearing, is set for _____<u>Wednesday, May 28,</u>_____, <u>2025</u> at <u>10:00</u> . / ☒ a.m. before the Honorable <u>Autumn D. Spaeth</u>_____ Courtroom <u>6B</u>_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __05/22/2025__        _____/s/ Autumn D. Spaeth_____
                              Autumn D. Spaeth, U.S. Magistrate Judge